DOCKET NO. 545

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WESTERN PRODUCTION CREDIT ASSOCIATION COMMODITIES LOAN LITIGATION

ORDER DENYING TRANSFER

The Panel ruled from the bench at the hearing on this matter that centralization of the four actions listed on the attached Schedule A in a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-545 -- In re Western Production Credit Association Commodities Loan Litigation

### Western District of Oklahoma

Western Production Credit Association v. Sidney T. Bernstein, C.A. No. CIV-83-1351-R

Western Production Credit Association v. Richard M. Loeb, et al., C.A. No. CIV-82-1650-T

### Southern District of Florida

Sidney T. Bernstein, et al. v. Saul Stone and Co., et al., C.A. No. 82-6832-CIV-JWK

Robert Sladon, et al. v. Saul Stone and Co., et al., C.A. No. 83-1801-CIV-EPS